USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

STEVEN WEISS,

                      Plaintiff,

-against-

CHEMOCENTRYX, INC., THOMAS J. SCHALL, THOMAS A. EDWARDS, JOSEPH M. FECZKO, JENNIFER L. HERRON, RITA I. JAIN, SUSAN M. KANAYA, GEOFFREY M. PARKER, JAMES L. TYREE, and DAVID E. WHEADON,

                      Defendants.

-----------------------------------------------------------------X

22-CV-8479 (LAK) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on October 20, 2022 (doc. no 6) the Initial Case Management Conference currently scheduled for **December 13, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
               October 23, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge